MIE 3
Revised 07/12

Order of the Court to Terminate Supervised Release

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

    v.

CURTIS CARR                                                                                 Crim. No.: 02-CR-80481-01

On 04/28/2014 the Court authorized an order denying the petition to revoke supervised release for probation violation charges.

      The probation department is recommending that supervised release be terminated and the case closed.

Reviewed and Approved:                                           Respectfully submitted,

s/Howard L. Jacobs                                         s/Christina R. Wilkerson
Supervising United States Probation Officer            United States Probation Officer
734-741-2076                                                         313-234-5460

## ORDER OF THE COURT

      Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be terminated

      Dated this 7th Day of May, 2014.

                                                                   s/Robert H. Cleland
                                                                   United States District Judge

cc:  U.S. Marshal